AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MEHRI DEAN,

        Plaintiff,

        v.

U.S. ARMY, et. al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-216-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint and the claims therein asserted by the Plaintiff are DISMISSED without leave to amend.

August 10, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters